

GASKINS
BENNETT
BIRRELL
SCHUPP

Direct: 612-333-9542
rbennett@gaskinsbennett.com

March 9, 2017

The Hon. Paul A. Magnuson            magnuson_chambers@mnd.uscourts.gov
United States District Court
Warren E. Burger Federal Building and U.S. Courthouse
316 North Robert Street, #734
St. Paul, MN 55101

**RE: Philip Sieff, as Trustee for the next-of-kin of Dawn M. Pfister v. Brady Juell, et al.
Case No. 15-cv-00419 (PAM/DTS)
Our File No. 3010-19717**

Dear Judge Magnuson:

At the hearing on defendant's motion for summary judgment in the above matter, Your Honor stated that the case could be set for trial in June if the Court denied the motion. I write to advise the Court that on March 2, 2017, I received notice that the matter of Jacqueline Frazier v. Norman Kenneth Bickford and Webster School District, Case No. 14-cv-03843 (WMW/TNL) is set for a June 13, 2017 trial. The morning of March 8, 2017, I received notice that the Frazier case is set for a date certain trial beginning on June 26, 2017. The case will go to trial because of an issue that will be taken up on appeal. It is scheduled for seven (7) days and, given the intervening holiday, will almost certainly last until July 7, 2017. I respectfully request that the Court consider this trial commitment when issuing a Trial Notice in the above matter. I did advise defense counsel, Jason Hiveley, of this issue as well.

                              Respectfully submitted,

                              Robert Bennett

RB/mo
c:     Jason Hiveley

333 South Seventh Street Suite 3000 Minneapolis, MN 55402    612.333.9500    612.333.9579    866.397.4497