# UNITED STATES DISTRICT COURT
## District of Minnesota

| | |
|---|---|
| Philip Sieff, as Trustee for the next-of-kin of Dawn Marie Pfister, Deceased,<br><br>Plaintiff,<br><br>v.<br><br>Brady Juell, acting in his individual capacity as a Chaska Police Officer, City of Chaska,<br><br>Defendant(s). | **JUDGMENT IN A CIVIL CASE**<br><br>Case Number: 15-cv-419 PAM/DTS |

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

   1.   The City of Chaska is REINSTATED as a Defendant in this matter;

   2.   The judgment in favor of Sieff and against Juell (Docket No. 71) is WITHDRAWN;

   3.   Defendant Brady Juell is DISMISSED;

   4.   Judgment is entered in favor of Sieff and against the City of Chaska in the amount of $1,000,001.01;

   5.   The City of Chaska shall pay Sieff $700,000 in attorney's fees and $50,000 to settle the § 1988 claim;

   6.   Sieff's Motion for Attorney's Fees (Docket No. 72) is DENIED without prejudice; and

7. This matter is DISMISSED with prejudice and without any additional costs, disbursements, or attorney's fees to any party.


Date: 5/23/2017                                                        RICHARD D. SLETTEN, CLERK

                                                                                    s/Amy Halverson
                                                                          (By)   Amy Halverson, Deputy Clerk