UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| PHILIP SIEFF, *as Trustee for the next-of-kin of Dawn Marie Pfister, deceased,*<br><br>   Plaintiff,<br><br>v.<br><br>BRADY JUELL,<br>*acting in his individual capacity as a Chaska Police Officer,*<br><br>   Defendant. | CIVIL NO. 15-419 (PAM/DTS)<br><br><br><br><u>ORDER</u> |

The above matter came before the undersigned upon the parties' Joint Motion Regarding Continued Sealing [Docket No. 95].

The Court, being duly advised in the premises, upon all of the files, records and proceedings herein, now makes and enters the following Order.

IT IS HEREBY ORDERED that:

1.  The parties' Joint Motion Regarding Continued Sealing [Docket No. 95] is GRANTED.

2.  The Clerk is directed to keep the following documents sealed: Docket Nos. 75, 77, 79, 80-81, 85-86.

Dated:   June 30, 2017

*s/ David T. Schultz*
DAVID T. SCHULTZ
United States Magistrate Judge