UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

___

| | |
|---|---|
| Philip Sieff, as Trustee for the next-of-kin of Dawn Marie Pfister, Deceased,<br><br>　　　　　　　　　　　Plaintiff,<br>v.<br><br>Brady Juell, acting in his individual capacity as a Chaska Police Officer,<br><br>　　　　　　　　　　　Defendant. | Case No. 15-CV-00419 PAM/DTS<br><br>**ORDER TO DISCONTINUE SEALING** |

___

The above matter came before the undersigned upon the parties' Joint Motion Regarding Unsealing Documents (Docket No. 98).

The Court, being duly advised in the premises, upon all of the files, records and proceedings herein, now makes and enters the following Order:

IT IS HEREBY ORDERED that:

1.　The parties' Joint Motion Regarding Unsealing Documents (Docket No. 98) is GRANTED.

2.　The Clerk is directed to unseal the following documents: Docket Nos. 78, 82, 83, 84 and 87.

　　　　　　　　　　　　　　　　BY THE COURT:

Date: August 16, 2017　　　　　　*s/ David T. Schultz*
　　　　　　　　　　　　　　　　David T. Schultz
　　　　　　　　　　　　　　　　United States Magistrate Judge